```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 01102
   STEVEN MARK SCHULER
   TANYA MARIE SCHULER                       CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3672     SSN XXX-XX-5696


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/08/2006 and was confirmed 03/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/27/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     328.11          34.85        328.11
CHASE HOME FINANCE LLC    CURRENT MORTG       .00             .00          .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE    4701.01            .00       4701.01
AMERICAN GENERAL FINANCE  SECURED          2594.89          242.04      2594.89
DAIMLER CHRYSLER FINANCI  SECURED         13390.61         1443.24     13390.61
DAIMLER CHRYSLER FINANCI  UNSEC W/INTER NOT FILED             .00          .00
AMERICA ONLINE            UNSEC W/INTER NOT FILED             .00          .00
ANN GARCELON MD SC        UNSEC W/INTER NOT FILED             .00          .00
ANN GARCELON MD SC        UNSEC W/INTER NOT FILED             .00          .00
B-REAL LLC/CHASE BANK US  UNSEC W/INTER    8924.64          893.89      8924.64
CITY OF CHICAGO PARKING   UNSEC W/INTER     100.00           10.71       100.00
ANN GARCELON MD SC        UNSEC W/INTER NOT FILED             .00          .00
ANN GARCELON MD SC        UNSEC W/INTER NOT FILED             .00          .00
EDWARD HOSPITAL           UNSEC W/INTER NOT FILED             .00          .00
MERCHANTS CREDIT GUIDE    NOTICE ONLY   NOT FILED             .00          .00
MEDICAL BUSINESS BUREAU   NOTICE ONLY   NOT FILED             .00          .00
JACK D CLEMIS MD          UNSEC W/INTER NOT FILED             .00          .00
MTK GHANI MD              UNSEC W/INTER NOT FILED             .00          .00
MERCHANTS CREDIT GUIDE    NOTICE ONLY   NOT FILED             .00          .00
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED             .00          .00
LVNV FUNDING LLC          UNSEC W/INTER     999.88          100.00       999.88
UNIVERSAL FINANCE         UNSEC W/INTER NOT FILED             .00          .00
WELLS FARGO FINANCIAL BA  UNSEC W/INTER    3181.11          337.96      3181.11
PIERCE & ASSOC            NOTICE ONLY   NOT FILED             .00          .00
DAIMLER CHRYSLER FINANCI  NOTICE ONLY   NOT FILED             .00          .00
AMERICAN GENERAL FINANCE  NOTICE ONLY   NOT FILED             .00          .00
ARNOLD SCOTT HARRIS       NOTICE ONLY   NOT FILED             .00          .00
WEXLER & WEXLER           NOTICE ONLY   NOT FILED             .00          .00
PETER FRANCIS GERACI      DEBTOR ATTY     1,500.00                     1,500.00
TOM VAUGHN                TRUSTEE                                      2,592.57
DEBTOR REFUND             REFUND                                       1,892.82


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 01102 STEVEN MARK SCHULER & TANYA MARIE SCHULER
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|------------|---------------|
| TRUSTEE              | 43,268.33  |               |
| PRIORITY             |            | .00           |
| SECURED              |            | 20,686.51     |
|     INTEREST         |            | 1,685.28      |
| UNSECURED            |            | 13,533.74     |
|     INTEREST         |            | 1,377.41      |
| ADMINISTRATIVE       |            | 1,500.00      |
| TRUSTEE COMPENSATION |            | 2,592.57      |
| DEBTOR REFUND        |            | 1,892.82      |
| TOTALS               | 43,268.33  | 43,268.33     |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE